# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **ARTHUR JONES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) NO. 3:18-cv-01034 |
| v. | ) |
| | ) **JUDGE CAMPBELL** |
| **RYAN D. MCCARTHY,** | ) **MAGISTRATE JUDGE NEWBERN** |
| *Acting Secretary of the Army*, | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is Defendant's Motion for Summary Judgment. (Doc. No. 33). Plaintiff filed a Response (Doc. No. 42) and Defendant filed a Reply (Doc. No. 48). Defendant filed a Statement of Undisputed Facts in support of the motion (Doc. No. 36) and Plaintiff responded (Doc. No. 44). For the reasons stated in the accompanying Memorandum, Defendant's Motion for Summary Judgment is **GRANTED** and the case is **DISMISSED**.

This Order shall constitute the final judgment in this case under Fed. R. Civ. P. 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE